IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| United States of America | Plaintiff(s), | |
|---|---|---|
| vs. | | Case No.: 21-MJ-718-CDL |
| Edward T. Spain, Jr. | Defendant(s). | Criminal Information Sheet |

Date: __10/7/2021__   Interpreter: Yes ☐   No ☒

Magistrate Judge Little      Deputy Tami Calico         USPO A. Tyler
Date of Arrest: __10/7/2021__   Arrested By: __USMS__   ☐ Detention Requested by AUSA
Bail Recommendation: $ 5,000.00    ☒ Unsecured

**Additional Conditions of Release:**

☒ a.  ☐ b. _____     ☐ l  ☐ m  ☐ n  ☐ o  ☐ p  ☐ q  ☐ r  ☐ s
☐ c.  ☐ d..          ☐ t  (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ e. _____          ☐ u  (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☒ f.  ☐ g.  ☐ h.  ☐ i.  ☒ j.   ☐ v  (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ k. (☐ i, ☐ ii, ☐ iii)   ☐ w (☐ 1, ☐ 2)   ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   X  Yes    No
Defendant's Attorney: Jill Webb       ☒ FPD;    ☐ Ct. Appt;    ☐ Ret Counsel
AUSA:   Christopher Nassar / David Whipple for

**MINUTES:**

Interpreter: _____;  ☐ Sworn

☒ Defendant appears ~~in person~~ by video for IA on:  ☐ Indictment;  ☐ Information;  ☐ Complaint;  ☐ Petition;  ☒ Rule 5
with:  ☐ Ret Counsel;  ☒ FPD;  ☐ Ct. Appt;  ☐ w/o Counsel
☒ Financial Affidavit received and FPD/CJA appointed;  ☒ Present  ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
  ☐ Verified in open court
  ☐ Corrected by interlineation to _____
    to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
  ☐ Unable to verify in open court:  ☐ U.S. Atty. to verify & advise court;  ☐ Defendant's Attorney to verify & advise court;
Waivers executed and filed:  ☐ of Indictment;  ☐ of Preliminary Exam;  ☐ of Detention Hearing; ☒ of Rule 5 Hearings
☒ Bond set for $5,000.00 _____; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea;  ☐ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☐ Defendant remanded to custody of U.S. Marshal:  ☐ Pending further proceeding;  ☐ Pending release on bond for treatment
Mot. for Detention # ___:  ☐ Granted;  ☐ Denied;  ☐ Moot   Mot. for Hearing # ___:  ☐ Granted;  ☐ Denied;  ☐ Moot

**Additional Minutes:** _____